# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE THOMAS

NO. 2019 KW 1496

FEB 1 8 2020

---

In Re:   Andre Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-18-0599.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's office reflect that the district court denied relator's "motion to act as co-counsel" and motion to quash on October 31, 2019.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT